IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DENNIS SIMOY, <br><br> Defendant. | CRIMINAL FILE <br> NO. 1:94-CR-387-3-TWT |

## ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 228] of the Magistrate Judge recommending denying the Defendant's Motion to Vacate Sentence [Doc. 221] as untimely. No objections to the Report and Recommendation have been filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Vacate Sentence [Doc. 221] is DENIED. No Certificate of Appealability will be issued.

SO ORDERED, this 5 day of May, 2021.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\USA\94\94cr387-3\r&r.docx